1 | MATTHEW A. LESNICK (SBN 177594)
　　matt@lesnickprince.com
2 | CHRISTOPHER E. PRINCE (SBN 183553)
　　cprince@lesnickprince.com
3 | LESNICK PRINCE & PAPPAS LLP
　　315 West Ninth Street, Suite 705
4 | Los Angeles, CA  90015
　　Telephone:  (213) 493-6496
5 | Facsimile:    (213) 493-6596

Special Litigation Counsel for
Howard M. Ehrenberg, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MIRAGE BOTTLING GROUP INC.,<br><br>　　　　　　　　　　　　Debtor. | Case No. 2:12-bk-35770-ER<br>Adv.  No. 2:15-ap-01657-ER<br><br>Chapter 7<br><br>**PROOF OF SERVICE OF SCHEDULING ORDER RE: STATUS CONFERENCE AND ORDER RE: COURTROOM PROCEDURES** |
| HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>TOROS YERANOSIAN d/b/a S and T PETROLEUM,<br><br>　　　　　　　　　　　　Defendant(s). | |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

315 West 9th Street, Suite 705, Los Angeles, CA  90015

A true and correct copy of the foregoing document entitled (*specify*): SCHEDULING ORDER RE: STATUS CONFERENCE; AND ORDER RE: COURTROOM PROCEDURES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/22/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Howard M Ehrenberg (TR)**   ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- **Christopher E Prince**   cprince@lesnickprince.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/22/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached List

Michael Plotkin
80 South Lake Avenue, Suite 725
Pasadena, CA 91101

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/22/2015 | Christopher E. Prince | /s/ Christopher E. Prince |
|---|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

TOROS YERANOSIAN d/b/a S AND T PETROLEUM

**<u>VIA FIRST CLASS MAIL</u>**

17346 Index Street
Granada Hills, CA 91344

5115 Collete Avenue
Encino CA 91436

4651 Westchester Drive
Los Angeles CA 91364

4600 N Ranch Drive
Las Vegas, NV 89130